JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 925 -- In re Incident on American Airlines, Inc., Flight 1473 on August 28, 1991

| Date | Ref. | Pleading Description |
|---|---|---|
| 92/02/18 | 1 | MOTION, MEMORANDUM, SCHEDULE OF ACTIONS AND CERT. OF SVC. -- Filed by deft. American Airlines, Inc. for transfer of actions -- SUGGESTED TRANSFEREE DISTRICT:  S.D. New York -- SUGGESTED TRANSFEREE JUDGE:  Hon. Leonard B. Sand (ds) |
| 92/03/02 | | APPEARANCES -- LESTER RASKIN, ESQ. for Kimberly Carter; BRUCE S. REZNICK, ESQ. for Beth Seitz, et al.; JORGE ORTIZ BRUNET, ESQ. for Juanita Guadalupe vda. De Zambrana, et al. and Francisca Valles Vega, et al. and LEE J. ROHN, ESQ. for Khaled Abdullah, et al. (rh) |
| 92/03/03 | | APPEARANCES -- MICHAEL W. HECHT, ESQ. for American Airlines, Inc. (rh) |
| 92/03/03 | 2 | RESPONSE -- (to pldg. #1) Juanita Guadalupe vda. De Zambrana, et al. and Francisca Valles Vega, et al. -- w/cert. of svc. (received 3/2/92) (rh) |
| 92/03/05 | 3 | RESPONSE -- (to pldg. #1) pltfs. Khaled Abdullah, et al. -- w/cert. of svc. (rh) |
| 92/03/13 | 4 | REPLY -- Filed by Deft. American Airlines, Inc. -- w/cert. of svc. (rh) |
| 92/03/24 | 5 | RESPONSE -- (to pldg. #1) Filed by pltf. Kimberly Carter -- w/cert. of svc. (received 3/23/92) (rh) |
| 92/03/27 | 6 | NOTICE OF RELATED ACTION -- Filed by Deft. American Airlines, Inc. (Melendez, et al. v. American Airlines, Inc., Puerto Rico, #92-1225) -- w/cert. of svc. (rh) |
| 92/03/30 | 7 | RESPONSE -- (to pldg. #4) Filed by Jorge Ortiz Brunet, Esq. Counsel For pltfs. Juanita Guadalupe Vda. De Zambrana, et al. and Francisca Valles Vega, et al. -- w/cert. of svc. (rh) |

JPML FORM 1A

b.2

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 925 -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 92/04/15 | | HEARING ORDER -- Setting motion to transfer for Panel Hearing in Santa Fe, New Mexico on May 29, 1992 -- Notified involved counsel, judges and clerks (rh) |
| 92/04/27 | 8 | NOTICE OF RELATED ACTION -- filed by Jorge M. Suro Ballester, Esq. for Anibal Marrero Melendez, et al. (**Anabal Marrero Melendez, et al. v. American Airlines, Inc.**, D.P.R., C.A. No. 92-1225(JP)) (ds) |
| 92/05/26 | | WAIVERS OF ORAL ARGUMENT (**for Panel Hearing on May 29, 1992, in Santa Fe, New Mexico**) -- American Airlines, Inc.; Kimberly Carter; Juanita Guadalupe VDA De Zambrana, etc., et al.; and Francesca VallesVega, et al.; Khaled Abdullas and Khitham Abdullah (bas) |
| 92/06/22 | | CONSENT OF TRANSFEREE COURT -- For transfer of litigation to the District of Puerto Rico to the Hon. Raymond L. Acosta for pretrial proceedings (rh) |
| 92/06/22 | | TRANSFER ORDER -- Transferring A-1; A-2 and A-3 to the District of Puerto Rico pursuant to 28 U.S.C. §1407 -- Notified involved judges, clerks, counsel, Panel Judges and misc. recipients (rh) |

JPML FORM 3

p. _1_

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. _925_ --  In re Incident on American Airlines, Inc., Flight 1473 on August 28, 1991

| Name of Party | Named as Party in Following Actions |
|---|---|
| American Airlines, Inc. | A-1 thru A-5 |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |